LIDDY MOORE, respondent,

*v.*

WILLIAM MOORE, appellant.

[Submitted December 7th, 1914.  Decided January 27th, 1915.]

On appeal from a decree of the court of chancery advised by Advisory Master McDermott.

*Messrs. Ward & McGinnis,* for the respondent.

*Messrs. Hunziker & Randall,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Advisory Master McDermott.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, BOGERT, VREDENBURGH, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS—15.

*For reversal*—None.